UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-62423-LRC |
| | : | |
| BU YONG KIM, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |
| WILLIAM J. LAYNG, JR., | : | |
| Chapter 7 Trustee for the Estate of | : | |
| Bu Yong Kim, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | ADV. PRO. NO. 20-06024-LRC |
| | : | |
| UNITED WHOLESALE MORTGAGE and | : | |
| NATIONSTAR MORTGAGE, LLC d/b/a | : | |
| MR. COOPER, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Michael J. Bargar, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service was made on February 5, 2020 of the *Summons* [Doc. No. 2] issued on February 4, 2020, and a copy of the *Complaint* [Doc. No. 1] filed on February 3, 2020, by first class mail and or certified mail as indicated, postage fully pre-paid, and addressed to:

*Via First Class Mail and Certified Mail:*

Mat Ishbia, President and CEO
United Wholesale Mortgage
585 S. Boulevard E
Pontiac, MI 48341

*Via First Class Mail*

United Wholesale Mortgage
c/o Jeffrey A. Ishbia, it's Registered Agent
251 Merrill Street, 2nd Floor
Birmingham, MI 48009

14627744v1

*Via First Class Mail and Certified Mail:*

Jay Bray, President and CEO
Nationstar Mortgage, LLC d/b/a Mr. Cooper
8950 Cypress Waters Boulevard
Dallas, TX 75019

*Via First Class Mail:*

Nationstar Mortgage LLC d/b/a Mr. Cooper
c/o Corporation Service Company, its Registered Agent
 40 Technology Parkway South, Suite 300
Norcross, GA 30092

*Via First Class Mail*

Nationstar Mortgage LLC d/b/a Mr. Cooper
c/o Lisa F. Caplan, Esq.
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071

**Under penalty of perjury, I declare that the foregoing is true and correct.**

This 5th day of February, 2020.

ARNALL GOLDEN GREGORY LLP
*Attorneys for Chapter 7 Trustee*

By: */s/ Michael J. Bargar*
    Michael J. Bargar
    GA. Bar No. 645709
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363-1031
(404) 873-8500
michael.bargar@agg.com

14627744v1