**IT IS ORDERED as set forth below:**



**Date: September 28, 2020**

_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF**: | : | **CASE NUMBERS** |
| | : | |
| BU YOUNG KIM, | : | BANKRUPTCY CASE |
| | : | 19-62423-LRC |
| Debtor. | : | |
| _____ | : | |
| | : | |
| WILLIAM J. LAYNG, JR. | : | ADVERSARY PROCEEDING |
| Chapter 7 Trustee, | : | NO. 20-6024-LRC |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED WHOLESALE MORTGAGE, | : | |
| and NATIONSTAR MORTGAGE, LLC | : | |
| d/b/a MR. COOPER, | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 7 OF THE |
| Defendants. | : | BANKRUPTCY CODE |

## ORDER AND NOTICE OF HEARING

Notice is hereby given that oral arguments on the *Defendant's Motion to Dismiss*

(Doc. 4) (the "Motion"), field by United Wholesale Mortgage and Nationstar Mortgage, LLC ("Defendants") will be held **telephonically** on **November 19, 2020 at 2:00 p.m.** in Courtroom 1204, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303 (the "Hearing").

NOTICE IS FURTHER GIVEN that any party may join the hearing by calling 888-363-4734 and entering access code 2563361 followed by # key;

IT IS FURTHER ORDERED that, pursuant to BLR 5073-1, all parties are prohibited from recording or broadcasting the proceedings conducted by the United States Bankruptcy Court;

**END OF DOCUMENT**

**Distribution List**

**Michael J. Bargar**
Arnall Golden Gregory, LLP
Suite 2100
171 17th Street, N.W.
Atlanta, GA 30363

**Jeffrey H. Schneider**
Weissman PC
4th Floor, One Alliance Center
3500 Lenox Road
Atlanta, GA 30326